IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO LANCE,
aka Mariah M. Lance,

     Plaintiff,

v.

WISCONSIN DEPARTMENT
OF JUSTICE, et al,

     Defendants.

ORDER

Case No. 20-cv-874-bbc

On September 30, 2020, this court entered an order directing plaintiff Antonio Lance to submit by October 21, 2020 an initial partial payment of the filing fee in the amount of $40.33. On October 13, 2020, plaintiff submitted a letter in which he says that he lacks sufficient funds to pay the assessed initial partial payment of the filing fee, which I will construe as a motion to waive payment of the initial partial filing fee.

Plaintiff's request will be denied. A review of plaintiff's inmate account statement shows that he has received several deposits preceding the filing of his complaint. With an enlargement of time, plaintiff may be able to pay his initial partial fee. Plaintiff may have until November 16, 2020 to pay his $40.33 initial partial payment. If plaintiff is unable to pay the initial partial payment, he is free to renew his request to waive the initial partial filing fee, supported by a recent inmate account statement. Plaintiff should show a copy of this order to jail officials to ensure that they are aware that they should send plaintiff's initial partial payment to this court.

1

ORDER

IT IS ORDERED that plaintiff Antonio Lance's request to waive the initial partial filing fee, dkt #6, is DENIED without prejudice. Plaintiff may have until November 16, 2020, to submit a check or money order made payable to the clerk of court in the amount of $40.33. If plaintiff fails to respond to this order, or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 26th day of October, 2020.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge