IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO P. LANCE,
a/k/a MARIAH M. LANCE,

    Plaintiff,                                                   Case No. 20-cv-874-bbc

    v.

WISCONSIN DEPARTMENT OF JUSTICE
and DANE COUNTY SHERIFF'S OFFICE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/8/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |